LOUIS RUNZ ET AL., PLAINTIFFS, v. CHARLES HART-
MAN, DEFENDANT.

Submitted November term, 1923—Decided March 4, 1924.

**Negligence—-Motor Vehicle Collision With Motorcycle—Evidence
Showed Defendant Deflected His Course to the Left, Caus-
ing the Accident—Damages Not Excessive.**

On rule.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiffs, *Weinberger & Weinberger*.

For the defendant, *Edward S. Holman* and *Ward & Mc-
Ginnis*.

PER CURIAM.

This was an accident case brought to recover damages for
personal injuries and under the Death act. The trial resulted
in four verdicts, aggregating $14,000. The cause of the
injuries was a collision on the afternoon of May 29th, 1922,
on Market street, in Paterson, at the intersection of East
Thirtieth street. The defendant's touring car, operated by
the defendant, came into collision with the motorcycle driven
by the plaintiff Louis Runz. The plaintiff's evidence shows
that the motorcycle was upon the southerly side of Market
street, traveling in an easterly direction, *i. e.*, on plaintiff's
right-hand side. The defendant was traveling along Market
street in a westerly direction; he had his head turned and
had his hand back of him, waving at some one; he deflected
his course of the left and steered his car into the path of
the plaintiff. The defendant obtained a rule to show cause
and writes down eight reasons for a new trial, which are
argued under two heads in the defendant's brief, viz., the

verdict is against the weight of the evidence. We think not. The verdict is supported by the evidence. Second, the damages awarded are excessive. In the case of Harold Munz, who was killed and who was six years old, the verdict of $3,000 is large, but not such as we can say the verdict is excessive so as to the other verdicts.

The rule to show cause is discharged.